**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Deborah Ulloa, et al., | ) | No. CV-07-1567-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| John E. Potter, Postmaster General, United States Postal Service | ) | |
| Defendant. | ) | |

Upon review of Defendant's request to excuse presence of a representative with settlement authority (Dkt. 49) at the Preliminary Pretrial Conference presently set for September 22, 2008, and good cause appearing therefore,

**IT IS HEREBY ORDERED** excusing Defendant from providing a representative with settlement authority at the Preliminary Pretrial Conference.

DATED this 28th day of August, 2008.

Stephen M. McNamee
United States District Judge