**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Ulloa, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John E. Potter, Postmaster General, United States Postal Service <br><br> Defendant. | No. CV-07-1567-PHX-SMM <br><br> **ORDER** |

Before the Court is the parties' Unopposed Motion to Extend Deadline (Dkt. 56). Defendant requests that the deadline for the Initial Disclosure exchange be extended because the father of Defendant's counsel suddenly passed away.  Furthermore, agency counsel is currently serving on active military service duty outside of the country.  As such, the agency has been unable to provide all the necessary information for disclosures. Agency counsel is scheduled to return in October.  Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Unopposed Motion to Extend Deadline (Dkt. 56).

**IT IS FURTHER ORDERED** that the last day to exchange Initial Disclosure in this case is extended to **October 30, 2008**.

**IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order dated September 22, 2008 (Dkt. 54) shall remain in effect.

1  DATED this 2nd day of October, 2008.

_____
Stephen M. McNamee
United States District Judge

- 2 -